CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rue

MAR 19 2013

JULIA C. DUDLEY, CLERK
BY: H McDraod
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GLENN CALVIN LAWHORN, ) | Civil Action No. 7:12-cv-00203 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| E.E. WRIGHT, JR., ) | By: | Hon. Jackson L. Kiser |
| Respondent. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to amend his response is **DENIED** (ECF No. 41); petitioner's motion for production of documents (ECF No. 31) is **DENIED**; respondent's motion to dismiss (ECF No. 16) is **GRANTED**; the amended petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; petitioner's motions for reconsideration (ECF Nos. 30 and 40) are **DENIED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 19th day of March, 2013.

Senior United States District Judge